UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

B-02-164
MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

United States District Court
Southern District of Texas
FILED
AUG 3 0 2002
Michael N. Milby
Clerk of Court

| | Brownsville | |
|---|---|---|
| | Heriberto Hernandez | |
| | ■■■■■■■■■■■ | |
| | Unum Life Insurance Company of America and UNITRIN, Inc. | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | Jeffrey E. Dahl<br>Harkins, Latimer & Dahl, P.C.<br>405 N. St. Mary's St., Suite 242<br>San Antonio, Texas 78205<br>(210) 527-0900<br>Texas Bar No. 05310900<br>Western District of Texas |
|---|---|

Seeks to appear as the attorney for this party:

| Heriberto Hernandez |
|---|
| Dated: Aug 23, 2002   Signed: /s/ Jeffrey E. Dahl |

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on _____, ____.

_____
United States District Judge

SDTX (d_prohac.ord)
02/03/98