2

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

B - 0 2 - 1 6 4

United States District Court
Southern District of Texas
FILED

AUG 3 0 2002

Michael N. Milby
Clerk of Court

| Brownsville |
| Heriberto Hernandez |
| Unum Life Insurance Company of America and UNITRIN, Inc. |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:



Jeffrey E. Dahl
Harkins, Latimer & Dahl, P.C.
405 N. St. Mary's St., Suite 242
San Antonio, Texas 78205
(210) 527-0900
Texas Bar No. 05310900
Western District of Texas

United States District Court
Southern District of Texas
ENTERED

SEP 0 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

Seeks to appear as the attorney for this party:

Heriberto Hernandez

Dated: Aug 23, 2002    Signed: _____

### ORDER

This lawyer is admitted *pro hac vice*.

Signed on September 6, 2002    _____
                                United States District Judge

SDTX (d_prohac.ord)
02/03/98