IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 11 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HERIBERTO HERNANDEZ, | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | Civil Action No. |
| | § | B-02-164 |
| UNUM LIFE INSURANCE COMPANY | § | |
| OF AMERICA and UNITRIN, INC., | § | |
| Defendants | § | |

**CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES**

NOW COMES Heriberto Hernandez, Plaintiff in the above-styled case, and pursuant to the order of the Court, hereby designates the following as interested parties:

1. Heriberto Hernandez, Plaintiff
2. Harkins, Latimer & Dahl, P.C., attorneys for Plaintiff
3. UNUM Life Insurance Company of America, Defendant
4. UNITRIN, Inc., Defendant

Respectfully Submitted,
HARKINS, LATIMER & DAHL, P.C.
405 N. St. Mary's Street, Suite 242
San Antonio, Texas 78205
(210) 527-0900 (Telephone)
(210) 527-0901 (Facsimile)

By: _____
JEFFREY E. DAHL
State Bar No. 05310900
Fed. I.D. 31492
ATTORNEYS FOR PLAINTIFF
HERIBERTO HERNANDEZ