IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 27 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HERIBERTO HERNANDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v | § | C.A. No. B-02-164 |
| | § | |
| UNUM LIFE INSURANCE | § | |
| COMPANY OF AMERICA and | § | |
| UNITRIN, INC., | § | |
| | § | |
| Defendants. | § | |

### CERTIFICATE OF INTERESTED PARTIES

Defendant Unum Life Insurance Company of America ("Unum Life") states that the following people or entities may have a financial interest in the outcome of this litigation:

1. Heriberto Hernandez;

2. Unum Life Insurance Company of America;

3. UnumProvident Corporation; and

4. Unitrin, Inc.

CERTIFICATE OF INTERESTED PARTIES – Page 1

Respectfully submitted,

By: _____
Doug K. Butler
State Bar No. 03516050
S.D. No. 9271

FIGARI DAVENPORT & GRAVES, L.L.P.
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas   75202-3796
(214) 939-2000
(214) 939-2090 (Facsimile)

ATTORNEYS FOR DEFENDANT
UNUM LIFE INSURANCE COMPANY
OF AMERICA

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by certified mail, return receipt requested, to Jeffrey E. Dahl, Harkins, Latimer & Dahl, PC., 405 N. St. Mary's Street, Suite 242, San Antonio, Texas 78205, on this 26th day of September, 2002.

_____
Doug K. Butler