HARKINS, LATIMER & DAHL, P.C.
ATTORNEYS AT LAW
THE TRAVIS BUILDING
405 NORTH ST. MARY'S, SUITE 242
SAN ANTONIO, TEXAS 78205-1722
TELEPHONE 210/527-0900 FACSIMILE 210/527-0901
WWW.HLDLAW.COM

THAD HARKINS*
MICHAEL LATIMER
JEFFREY E. DAHL**
THOMAS M. KOCUREK, JR

*BOARD CERTIFIED
LABOR AND EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

**BOARD CERTIFIED
CONSUMER AND COMMERCIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

October 7, 2002

Ms. Stella Cavazos, Case Manager
United States District Court
Southern District of Texas
103 Federal Building
600 East Harrison, Suite 101
Brownsville, Texas 78520

Re: Herberto Hernandez v. Unum Life Insurance Company of America and Unitri, Inc.;
Civil Action No. B-02-164

Dear Ms. Cavazos:

In regards to the initial pretrial conference scheduled for January 6, 2003 at 2:00 p.m., please allow this letter to serve as a request to attend the conference via conference call. If necessary, my office will make the arrangements for the conference call.

Should you have any questions or comments, please feel free to call me. Thank you.

Sincerely,

Jeffrey E. Dahl

JED/lr

cc:  Doug K. Butler
     Heriberto Hernandez