IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HERIBERTO HERNANDEZ, | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | Civil Action No. |
| | § | B-02-164 |
| UNUM LIFE INSURANCE COMPANY | § | |
| OF AMERICA and UNITRIN, INC., | § | |
| Defendants | § | |

## WAIVER OF SERVICE OF SUMMONS

TO:   Jeffrey E. Dahl
      Harkins, Latimer & Dahl, P.C.
      405 N. St. Mary's St., Suite 242
      San Antonio, Texas 78205

I acknowledge receipt of your request that I waive service of summons in the action of Heriberto Hernandez v. UNUM Life Insurance Company of America and UNITRIN, Inc. which is case number B-02-164 in the United States District Court for the Southern District of Texas, Brownsville Division. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after September 9, 2002, or within 90 days after that date if the request was sent outside the United States.

_10/7/02_
Date

_[signature]_