12

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 9 2002

Michael N. Milby
Clerk of Court

**HERIBERTO HERNANDEZ,**
**Plaintiff,**

**vs.**

**UNUM LIFE INSURANCE COMPANY OF AMERICA and UNITRIN, INC.,**
**Defendants.**

§ **Civil Action No. B-02-164**

## CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

Defendant UNITRIN, INC. is aware of the following financially interested persons:

1) Heriberto Hernandez;

2) Unum Life Insurance Company of America; and

3) Unitrin, Inc.

DATED: December 9th, 2002.

Respectfully submitted,

By: [signature]
Valorie C. Glass
State Bar No. 00784135
Federal I.D. 15303
P. O. Box 3725
McAllen, Texas 78502-3725
Tel: (956) 682-5501
Fax: (956) 686-6109
Attorney in Charge for Defendant
UNITRIN, INC.

Of Counsel:
Victoria L. Donati
NEAL, GERBER & EISENBERG
Two North LaSalle Street, Ste. 2200
Chicago, Illinois 60602
Telephone: (312) 269-8000
Telecopier: (312) 269-1747

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been mailed, certified mail, return receipt requested to the following counsel of record on this 9th day of December, 2002:

Jeffrey E. Dahl
HARKINS, LATIMER & DAHL, P.C.
405 N. St. Mary's Street, Suite 242
San Antonio, Texas 78205

Doug K. Butler
FIGARI DAVENPORT & GRAVES, L.L.P.
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796

Valorie C. Glass