/3

| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
ENTERED

DEC 2 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

HERIBERTO HERNANDEZ  §
  §
  §
versus  §  CIVIL ACTION NO. B: 02-164
  §
  §
UNUM LIFE INSURANCE COMPANY  §
OF AMERICA, et al

# N O T I C E

The initial pre-trial conference set for *January 6, 2003* has been reset to:

## January 14, 2003 at 3:30 p.m.

**BEFORE THE HONORABLE HILDA G. TAGLE**
**U. S. DISTRICT JUDGE**
Third Floor-Courtroom No. 3
United States Courthouse
600 E. Harrison St. #306
Brownsville, Texas 78520-7114

MICHAEL N. MILBY, Clerk

By: _____     12/23/02
STELLA CAVAZOS                              Date
Case Manager/Deputy Clerk