IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
RECEIVED

DEC 27 2002

Michael N. Milby, Clerk of Court

| | |
|---|---|
| HERIBERTO HERNANDEZ, § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. B-02-164 |
| § | |
| UNUM LIFE INSURANCE COMPANY § | |
| OF AMERICA and UNITRIN, INC., § | |
| § | |
| Defendants. § | |

**JOINT REPORT OF THE MEETING & JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURE**

1. State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

   Discussions occurred on December 23, 2002 telephonically and via fax; Jeffrey Dahl attended on behalf of Plaintiff; Melissa Mitchell attended on behalf of Defendant Unum Life Insurance Company of America; Victoria Donati and Valorie Glass attended on behalf of Defendant Unitrin, Inc.

2. List the cases related to this one that are pending in any state or federal court, with the case number and court.

   None known.

3. Specify the allegation of federal jurisdiction.

   28 USC §1331, federal question arising out of ERISA benefits.

4. Name the parties who disagree and the reasons.

   N/A.

5. List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

   None known.

6. List anticipated interventions.

   Plaintiff:   None known.

   Defendant Unum:   None known.

   Defendant Unitrin:   None known.

7. Describe class-action issues.

   Plaintiff:      None.

   Defendant Unum:   None.

   Defendant Unitrin:   None.

8. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

   In compliance with Rule 26(a)(1) - Federal Rules of Civil Procedure, Plaintiff will make the required disclosures on or before December 24, 2002 and Defendants will make the required disclosures on or before January 3, 2003.

9. Describe the proposed agreed discovery plan, including:

   a. Responses to all the matters raised in Rule 26(f).

      Rule 26(f)(1) -    See response to No. 8.

      Rule 26(f)(2) -    Plaintiffs will conduct discovery based upon claims made and defenses asserted in this lawsuit. Plaintiff anticipates discovery shall be completed within 180 days after the pre-trial scheduling conference of January 6, 2003.

      Defendant Unum will conduct discovery based upon claims made and defenses asserted in this lawsuit. Defendant Unum anticipate discovery shall be completed within 180 days after the pre-trial scheduling conference of January 6, 2003.

      Defendant Unitrin will conduct discovery based upon claims made and defenses asserted in this lawsuit. Defendant Unitrin anticipate discovery shall be completed within 180 days after the pre-trial scheduling conference of January 6, 2003.

      Rule 26(f)(3) -    No changes at this time, subject to arrangements of the parties.

      Rule 26(f)(4) -    None known at this time.

   b. When and to whom the plaintiff anticipates it may send interrogatories.

      Plaintiff will propound discovery to Defendants within 30 days of receipt of Defendants' initial disclosures.

Hernandez v. Unitrin, et al
Joint Report of the Meeting & Joint Discovery/Case Management
Plan Under Rule 26(f) Federal Rules of Civil Procedure - Page 2

c. When and to whom the defendant anticipates it may send interrogatories.

Defendant Unum will propound discovery to Plaintiff within 30 days of receipt of Plaintiff's initial disclosures.

Defendant Unitrin will propound discovery to Plaintiff within 30 days of receipt of Plaintiff's initial disclosures.

d. Of whom and by when the plaintiff anticipates taking oral depositions.

Plaintiff anticipate taking the deposition of the Defendants, through its corporate representatives, and those persons identified by Defendant as having relevant knowledge of material facts on or before May 30, 2003.

e. Of whom and by when the defendant anticipates taking oral depositions.

Defendant Unum anticipates taking the deposition of the Plaintiff and those persons identified by Plaintiff as having relevant knowledge of material facts on or before April 30, 2003.

Defendant Unitrin anticipates taking the deposition of the Plaintiff and those persons identified by Plaintiff as having relevant knowledge of material facts on or before April 30, 2003.

f. When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

Plaintiff:　On or before May 15, 2003.

Defendant Unum:　On or before 45 days after date of Plaintiff's designation.

Defendant Unitrin:　On or before 45 days after date of Plaintiff's designation.

g. List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

Plaintiff anticipates taking the depositions of Defendants' expert witnesses, if any, prior to the date set forth in No. 12.

Hernandez v. Unitrin, et al
Joint Report of the Meeting & Joint Discovery/Case Management
Plan Under Rule 26(f) Federal Rules of Civil Procedure - Page 3

    h.    List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

> Defendant Unum anticipates taking the depositions of Plaintiff's expert witnesses, if Plaintiff designates any, prior to the date set forth in No. 12.
>
> Defendant Unitrin anticipates taking the depositions of Plaintiff's expert witnesses, if Plaintiff designates any, prior to the date set forth in No. 12.

10.    If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

> N/A.

11.    Specify the discovery beyond initial disclosures that has been undertaken to date.

> Plaintiffs:    None.
>
> Defendant Unum:    None.
>
> Defendant Unitrin:    None.

12.    State the date the planned discovery can reasonably be completed.

> July 15, 2003.

13.    Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

> After reasonable discovery, Plaintiff and Defendants agree to consider settlement of this matter.

14.    Describe what each party has done or agreed to do to bring about a prompt resolution.

> After reasonable discovery, Plaintiff and Defendants agree to consider settlement of this matter.

15.    From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

> The parties believe the matter should be resolved through private settlement discussions with their respective attorneys. The parties do not believe that ADR is appropriate at this time, but if the Court orders an ADR, the parties believe that mediation would be suitable.

Hernandez v. Unitrin, et al
Joint Report of the Meeting & Joint Discovery/Case Management
Plan Under Rule 26(f) Federal Rules of Civil Procedure - Page 4

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

    The parties do not jointly consent to a trial before a magistrate judge.

17. State whether a jury demand has been made and if it was made on time.

    Plaintiffs:    Yes.

    Defendant Unum:    None made. Additionally, defendant does not believe that Plaintiff is entitled to a jury trial on his ERISA claim.

    Defendant Unitrin:    None made. Additionally, defendant does not believe that Plaintiff is entitled to a jury trial on his ERISA claim.

18. Specify the number of hours it will take to present the evidence in this case.

    Plaintiff will need 10 hours to present its own case.

    Defendant Unum will need 8 hours to present its case. Given the absence of discovery, it is impossible for Defendant to specify the number of hours it will take to cross-examine Plaintiff's witnesses.

    Defendant Unitrin will need 6 hours to present its case. Given the absence of discovery, it is impossible for Defendant to specify the number of hours it will take to cross-examine Plaintiff's witnesses.

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    Plaintiff:    None.

    Defendant Unum:    None.

    Defendant Unitrin:    None.

20. List other motions pending.

    Plaintiff:    None.

    Defendant Unum:    None.

    Defendant Unitrin:    None.

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

    None known.

Hernandez v. Unitrin, et al
Joint Report of the Meeting & Joint Discovery/Case Management
Plan Under Rule 26(f) Federal Rules of Civil Procedure - Page 5

22. Certify that all parties have filed Disclosure of Interested Parties as directed in the Order for Conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

    Plaintiffs: Filed on 9-11-02.

    Defendant Unum: Filed on 9-27-02.

    Defendant Unitrin: Filed on 12-9-02.

23. List the names, bar numbers, addresses and telephone numbers of all counsel.

    Plaintiff:　　　Jeffrey E. Dahl
    　　　　　　　State Bar No. 05310900
    　　　　　　　HARKINS, LATIMER & DAHL, P.C.
    　　　　　　　405 N. St. Mary's Street, Suite 242
    　　　　　　　San Antonio, Texas 78205
    　　　　　　　Telephone: (210) 527-0900
    　　　　　　　Telecopier: (210) 527-0901

    Defendant Unum:　Doug Butler
    　　　　　　　Federal I.D. No. 9271
    　　　　　　　State Bar No. 03516050
    　　　　　　　Melissa Mitchell
    　　　　　　　Federal ID No. 25746
    　　　　　　　State Bar No. 24013175
    　　　　　　　FIGARI, DAVENPORT & GRAVES, L.L.P.
    　　　　　　　3400 Bank of America Plaza
    　　　　　　　901 Main Street, LB 125
    　　　　　　　Dallas, Texas 75202-3796
    　　　　　　　Telephone:　(214) 939-2000
    　　　　　　　Telecopier:　(214) 939-2090

    Defendant Unitrin:　Valorie Glass
    　　　　　　　Federal I.D. No. 15303
    　　　　　　　State Bar No. 00784135
    　　　　　　　ATLAS & HALL, L.L.P.
    　　　　　　　P. O. Box 3725
    　　　　　　　McAllen, Texas 78502
    　　　　　　　Telephone: (956) 682-5501
    　　　　　　　Telecopier:(956) 686-6109

    　　　　　　　Victoria L. Donati
    　　　　　　　NEAL, GERBER & EISENBERG
    　　　　　　　Two North LaSalle Street, Ste. 2200
    　　　　　　　Chicago, Illinois 60602
    　　　　　　　Telephone: (312) 269-8000
    　　　　　　　Telecopier: (312) 269-1747

Hernandez v. Unitrin, et al
Joint Report of the Meeting & Joint Discovery/Case Management
Plan Under Rule 26(f) Federal Rules of Civil Procedure - Page 6

Dated: December 27, 2002.

Respectfully submitted,

By: _____
Jeffrey E. Dahl
State Bar No. 05310900
HARKINS, LATIMER & DAHL, P.C.
405 N. St. Mary's Street, Suite 242
San Antonio, Texas 78205
Telephone: (210) 527-0900
Telecopier: (210) 527-0901
ATTORNEY IN CHARGE FOR PLAINTIFFS

By: _____
Melissa Mitchell
Federal I.D. No. 25746
State Bar No. 24013175
FIGARI, DAVENPORT & GRAVES, L.L.P.
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796
Telephone: (214) 939-2000
Telecopier: (214) 939-2090
ATTORNEY IN CHARGE FOR DEFENDANT
UNUM LIFE INSURANCE COMPANY OF
AMERICA

By: _____
Valorie Glass
Federal I.D. No. 15303
State Bar No. 00784135
ATLAS & HALL, L.L.P.
P. O. Box 3725
McAllen, Texas 78502
Telephone: (956) 682-5501
Telecopier: (956) 686-6109

ATTORNEY IN CHARGE FOR DEFENDANT
UNITRIN, INC.

Of Counsel:
Victoria L. Donati
NEAL, GERBER & EISENBERG
Two North LaSalle Street, Ste. 2200
Chicago, Illinois 60602
Telephone: (312) 269-8000
Telecopier: (312) 269-1747

Hernandez v. Unitrin, et al
Joint Report of the Meeting & Joint Discovery/Case Management
Plan Under Rule 26(f) Federal Rules of Civil Procedure - Page 7