IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HERIBERTO HERNANDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v | § | C.A. No. B-02-164 |
| | § | |
| UNUM LIFE INSURANCE | § | |
| COMPANY OF AMERICA and | § | |
| UNITRIN, INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING UNOPPOSED MOTION TO APPEAR ON BEHALF
OF DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA**

Came on to be considered Unopposed Motion to Appear on Behalf of Defendant UNUM Life Insurance Company of America ("Motion"), and the Court, being fully advised, finds and concludes that the Motion is well taken and should be GRANTED. It is, therefore

ORDERED that Melissa A. Mitchell is allowed to appear on behalf of UNUM Life Insurance Company of America at the initial pre-trial conference before the Court on January 14, 2003.

SIGNED this 7th day of January 2003

_____
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING UNOPPOSED MOTION TO APPEAR ON BEHALF
OF DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA – Page 1**