| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
ENTERED

HERIBERTO HERNANDEZ §
§
versus § CIVIL ACTION B- 02-164    JAN 1 6 2003
§
UNUM LIFE INSURANCE, ET AL §
§

Michael N. Milby, Clerk of Court
By Deputy Clerk

### Scheduling Order

1. Trial: Estimated time to try: 1-2 days.    ☒ Bench   ☐ Jury

2. New parties must be joined by:    N/A

   *Furnish a copy of this scheduling order to new parties.*
   2a. (Settlement discussions w/i next 30 days (2/13/03) Status Report due by: 2/28/03
3. The plaintiff's experts will be named with a report furnished by: 5/15/03

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:    7/15/03

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

************************    The court will provide these dates.    ************************

6. Dispositive Motions will be filed by:    8/15/03

7. Joint pretrial order is due:    10/15/03

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:    10/30/03

9. Jury Selection is set for 9:00 a.m. on:    N/A

The case will remain on standby until tried.

Signed _January 14_, 2003, at Brownsville, Texas.

_Hilda Tagle_
Hilda G. Tagle
United States District Judge

Counsel, please sign ~~on the back~~.

_Jeffrey Dahl by permission veg_

_[signature]_