

## Civil Courtroom Minutes

| | | |
|---|---|---|
| **Judge** | Hilda G. Tagle | |
| **Case Manager** | Stella Cavazos | |
| **Law Clerk** | ☐ Nicolas  ■ Levesque | |
| **Date** | 01 – 14 – 2003 | |
| **Time** | ☐ a.m. / 3:40 p.m. | ☐ a.m. / 3:55 p.m. |
| **Civil Action** | B – 02 – 164 | |
| **Style** | HERIBERTO HERNANDEZ *versus* UNUM LIFE INS. CO AND UNITRIN, INC. | |

United States District Court
Southern District of Texas
FILED
JAN 1 4 2003
Michael N. Milby, Clerk of Court

**Docket Entry**

(HGT) ■ Initial Pre-Trial Hearing;            (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):    Jeff Dahl (telephonically)

Attorney(s) for Defendant(s):   Melissa Mitchell for UNUM and Valorie Glass for Unitrin, Inc.

■ **Comments:**

Unitrin is the co-administrator of the insurance policy. Unitrin contends it should not be a party to this suit b/c it has no discretionary decision making power and did not make any decisions in this case. Plaintiff will receive docs from Unitrin to determine whether it should be dropped from the suit.

Defendants state the TX Insurance Code is completely preempted by ERISA. Plaintiff argues prejudgment interest is not addressed by ERISA in 29 U.S.C. section 1132 and so the TX Ins. Code would apply. The parties are in agreement that damages and attorneys fees should be governed by ERISA only. Further, parties agree that a jury trial is not appropriate or allowed under ERISA.

By Feb. 28th the parties will report on settlement efforts and results. This was written into the scheduling order. If necessary, there will be a follow up teleconference with the Court to determine if mediation should be ordered (after settlement talks).