**HARKINS, LATIMER & DAHL, P.C.**
ATTORNEYS AT LAW
THE TRAVIS BUILDING
405 NORTH ST. MARY'S, SUITE 242
SAN ANTONIO, TEXAS 78205-1722
TELEPHONE 210/527-0800 FACSIMILE 210/527-0901
WWW.HLDLAW.COM

THAD HARKINS*
MICHAEL LATIMER
JEFFREY E. DAHL**
THOMAS M. KOCUREK, JR.

*BOARD CERTIFIED
LABOR AND EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

**BOARD CERTIFIED
CONSUMER AND COMMERCIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

March 6, 2003

Ms. Stella Cavazos, Case Manager
United States District Court
Southern District of Texas
103 Federal Building
600 East Harrison St., Suite 101
Brownsville, TX 78520-7114

United States District Court
Southern District of Texas
FILED

MAR 0 6 2003

Michael N. Milby
Clerk of Court

**VIA FACSIMILE
AND REGULAR MAIL**

Re: Heriberto Hernandez v. Unum Life Insurance Company of America and UNITRIN, Inc.; Civil Action No. B-02-164; <u>Advisory Regarding Settlement Negotiations and Status of Claims Against UNITRIN, Inc.</u>

Dear Ms. Cavazos:

As of the date of this Advisory, the Plaintiff has conveyed a settlement offer in writing and the Defendant has responded with an oral counter-offer of settlement. Based upon the initial demand and counter-offer, it remains our belief that the matter can be resolved within a month of this letter.

In addition, the Plaintiff has agreed to the dismissal of UNITRIN, Inc. as a party based upon UNITRIN, Inc.'s answers to interrogatories and an affidavit received from the Welfare Benefits Manager of UNITRIN, Inc.

Very truly yours,

Jeffrey E. Dahl

JED/lr

cc: Doug K. Butler
 Valorie C. Glass
 Heriberto Hernandez

**HARKINS, LATIMER & DAHL, P.C.**
405 N. ST. MARY'S ST., SUITE 242
SAN ANTONIO, TEXAS 78205
(210) 527-0900 TELEPHONE
(210) 527-0901 FACSIMILE

United States District Court
Southern District of Texas
RECEIVED

MAR 0 6 2003 1:10

Michael N. Milby, Clerk

## FACSIMILE COVER SHEET

### Confidentiality Notice

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

| | |
|---|---|
| NAME: | Ms. Stella Cavazos, Case Manager |
| FIRM: | United States District Court<br>Souther District of Texas |
| FAX NUMBER: | (956) 548-2598 |
| FROM: | Jeffrey E. Dahl |

This fax contains 2 pages including this one. If you do not receive all of the pages or if there is any problem with this transmission, please call the person shown below. Our fax number is (210) 527-0901.

| | |
|---|---|
| NAME: | Lana Rohan |
| DATE: | March 6, 2003 |
| CLIENT #: | Hernandez |
| ORIGINAL WILL BE MAILED: | Yes |

COMMENTS: