IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HERIBERTO HERNANDEZ, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. B-02-164 |
| UNUM LIFE INSURANCE COMPANY OF AMERICA and UNITRIN, INC., | § § § § | |
| Defendants. | § | |

## NOTICE OF STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated by Plaintiff HERIBERTO HERNANDEZ that he dismisses his cause of action against Defendant UNITRIN, INC. with prejudice and at the cost of the Plaintiff.

Respectfully submitted,

By: _____
Jeffrey E. Dahl
State Bar No. 05310900
HARKINS, LATIMER & DAHL, P.C.
405 N. St. Mary's Street, Suite 242
San Antonio, Texas 78205
Telephone: (210) 527-0900
Telecopier: (210) 527-0901

ATTORNEY IN CHARGE FOR PLAINTIFFS

AGREED TO:

By: _____
Melissa Mitchell
Federal I.D. No. 25746
State Bar No. 24013175
FIGARI, DAVENPORT & GRAVES, L.L.P.
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796
Telephone:  (214) 939-2000
Telecopier:  (214) 939-2090
ATTORNEY IN CHARGE FOR DEFENDANT
UNUM LIFE INSURANCE COMPANY OF
AMERICA

By: _____
Valorie Glass
Federal I.D. No. 15303
State Bar No. 00784135
ATLAS & HALL, L.L.P.
P. O. Box 3725
McAllen, Texas 78502
Telephone: (956) 682-5501
Telecopier:(956) 686-6109

Victoria L. Donati
NEAL, GERBER & EISENBERG
Two North LaSalle Street, Ste. 2200
Chicago, Illinois 60602
Telephone:  (312) 269-8000
Telecopier: (312) 269-1747

ATTORNEYS FOR DEFENDANT
UNITRIN, INC.

Received: 3/10/03 5:54PM; Case 1:02-cv-00164 Document 21 2149392090 Filed in TXSD on 03/14/2003 TX HARKINS/LATIMER & DAHL P.C.; Page 3 of 4 Page 2

Mar-10-03   05:44pm   From-Figari Davenport & Graves,L.L.P   214)99   214 939 2090   T-482   P 002/002   F-325

AGREED TO:

By: _____
Melissa Mitchell
Federal I.D. No. 25746
State Bar No. 24013175
FIGARI, DAVENPORT & GRAVES, L.L.P.
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796
Telephone: (214) 939-2000
Telecopier: (214) 939-2090
ATTORNEY IN CHARGE FOR DEFENDANT
UNUM LIFE INSURANCE COMPANY OF
AMERICA

By: _____
Valorie Glass
Federal I.D. No. 15303
State Bar No. 00784135
ATLAS & HALL, L.L.P.
P. O. Box 3725
McAllen, Texas 78502
Telephone: (956) 682-5501
Telecopier: (956) 686-6109

Victoria L. Donati
NEAL, GERBER & EISENBERG
Two North LaSalle Street, Ste. 2200
Chicago, Illinois 60602
Telephone: (312) 269-8000
Telecopier: (312) 269-1747

ATTORNEYS FOR DEFENDANT
UNITRIN, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been mailed, certified mail, return receipt requested to the following counsel of record on this ____ day of March, 2003:

Valorie C. Glass
ATLAS & HALL, L.L.P.
818 Pecan
McAllen, Texas 78501

Doug K. Butler
Melissa Mitchell
FIGARI DAVENPORT & GRAVES, L.L.P.
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796

_____
Jeffrey Dahl