**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

MAR 2 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| **HERIBERTO HERNANDEZ,** § | |
| § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | **CIVIL ACTION NO. B-02-164** |
| § | |
| **UNUM LIFE INSURANCE COMPANY** § | |
| **OF AMERICA AND UNITRIN, INC.,** § | |
| § | |
| § | |
| **Defendants.** § | |

## ORDER OF DISMISSAL

BE IT REMEMBERED that on March 24, 2003, the Court considered Plaintiff's Notice of Stipulation of Dismissal [Dkt. No. 21] pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Having obtained the consent of all parties, the Court **DISMISSES** Plaintiff's cause of action against Defendant Unitrin, Inc. with prejudice. Plaintiff shall bear his own costs.

DONE at Brownsville, Texas, this 24th day of March, 2003.

_____
Hilda G. Tagle
United States District Judge