Case 1:02-cv-00164   Document 23   Filed in TXSD on 05/20/2003   Page 1 of 2

23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HERIBERTO HERNANDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v | § | C.A. No. B:02-CV-164 |
| | § | |
| UNUM LIFE INSURANCE | § | |
| COMPANY OF AMERICA and | § | |
| UNITRIN, INC., | § | |
| | § | |
| Defendants. | § | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Heriberto Hernandez ("Plaintiff") and Defendant Unum Life Insurance Company of America ("Unum Life") announce to the Court that the matters in controversy herein have been settled and a Settlement Agreement and Release has been entered into between the parties. In accordance with the Settlement Agreement and Release, the parties hereby stipulate that all claims, demands, debts or causes of action asserted or assertable herein by Plaintiff against Defendant be dismissed with prejudice with costs taxed against the parties incurring them.

STIPULATION OF DISMISSAL WITH PREJUDICE - Page 1

Respectfully submitted,

By: _____
Doug K. Butler
State Bar No. 03516050
Melissa Mitchell
State Bar No. 24013175

FIGARI DAVENPORT & GRAVES, L.L.P.
3400 Bank of America Plaza
901 Main Street, LB125
Dallas, Texas 75202-3796
(214) 939-2000
(214) 939-2090 (Telecopy)

ATTORNEYS FOR DEFENDANT
UNUM LIFE INSURANCE
COMPANY OF AMERICA


By: _____
Jeffrey E. Dahl
State Bar No. 05310900

HARKINS, LATIMER & DAHL, P.C.
The Travis Building, Suite 242
406 North St. Mary's Street
San Antonio, Texas 78205-1722
(210) 527-0900
(210) 527-0901 (Telecopy)

ATTORNEYS FOR PLAINTIFF
HERIBERTO HERNANDEZ