IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| HERIBERTO HERNANDEZ, | § § § § § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-02-164 |
| UNUM LIFE INSURANCE COMPANY OF AMERICA AND UNITRIN, INC., | § § § § § § § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

BE IT REMEMBERED that on May 22, 2003, the Court considered the parties' Stipulation for Dismissal with Prejudice [Dkt. No. 23] pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Having obtained the consent of all remaining parties, the Court **DISMISSES with prejudice** all of Plaintiff's claims, demands, debts, or causes of action against Defendant UNUM Life Insurance Company of America. The parties shall bear their own costs.

DONE at Brownsville, Texas, this 22nd day of May, 2003.

Hilda G. Tagle
United States District Judge